[No. 49441-4-I. Division One. March 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LAM HONG GIANG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-02659-6, Gregory P. Canova, J., entered October 12, 2001. *Affirmed* by unpublished per curiam opinion.

[Nos. 49588-7-I; 49911-4-I. Division One. March 10, 2003.]

*In the Matter of the Marriage of* AMINEH A. AYYAD, *Appellant*, and MOHAMMAD RASHID, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 92-3-07124-3, J. Kathleen Learned, J., entered October 19, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49783-9-I. Division One. March 10, 2003.]

WAYNE R. RICHARDSON, *Appellant*, v. CHONG SIK KIM, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 01-2-16420-1, James A. Doerty, J., entered October 12, 2001 and January 18, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50047-3-I. Division One. March 10, 2003.]

*In the Matter of the Personal Restraint of* ANGELA HOERNLEIN, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.